IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FREDDY DEUSENBERRY
ADC #136465                                                                                                    PLAINTIFF

V.                                         4:06CV01625 GTE

ARKANSAS, STATE OF *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 12th day of February, 2007.

        /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE